UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIMAT ABDULLAH, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:14-CV-2118 |
| BAH TEXAS, LLC d/b/a CHURCH'S CHICKEN, | § § § § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 4th day of December, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE